**James Henry TINSLEY,**
**Plaintiff–Appellant,**

**v.**

**Doctor HARRIS, Attending Physician,**
**Defendant–Appellee.**

No. 06–7810.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 16, 2007.

Decided: June 4, 2007.

James Henry Tinsley, Appellant Pro Se. Jeff Wayne Rosen, Lisa Ehrich, Pender & Coward, PC, Virginia Beach, Virginia, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Henry Tinsley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Tinsley v. Harris,* No. 2:05–cv–00730–JBF (E.D.Va. Oct. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*